court for its denial of Transonic's bill of costs. We therefore vacate the denial of Transonic's claim for costs and remand so that the court may state the reasons for its ruling.

## CONCLUSION

For the foregoing reasons, the decision of the district court is affirmed-in-part, vacated-in-part, and remanded.

**RANDOLPH & COMPANY, INC., Appellant,**

v.

**Les BROWNLEE, Acting Secretary of the Army, Appellee.**

No. 03–1377.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 26, 2003.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Nikolai S. STRELCHENKO, Jeffrey M. Betthauser, Gail L. Jurgella, Marvin M. Pace, and Michael D. Bishop, Appellants,

v.

**UNIVERSITY OF MASSACHUSETTS, Appellee.**

No. 03–1436.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 26, 2003.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for